## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **April 27, 2020** |
| **TIME:** | **12:30 p.m.** |
| **DOCKET NUMBER(S):** | **CV 20-259 (ENV)** |
| **NAME OF CASE(S):** | **Weiss v. American Express Legal et al** |
| **FOR PLAINTIFF(S):** | **Fishbein** |
| **FOR DEFENDANT(S):** | **Garcia** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**TELEPHONE CONFERENCE RULINGS:**

**Plaintiff will submit a letter explaining the basis for Eastern District venue by April 28, 2020 and consider promptly dismissing his claims against the defendant identified as American Express Legal.**

**Discovery is stayed pending a decision on defendants' anticipated motion to stay pending arbitration or further application to the Court.**